| Debtor 1 | **Devin Jazzmine-Santos Ortiz** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) 16-20641

■ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
| --- | --- | --- | --- | --- |

**2.1** Valley State Employees CU

Creditor's Name

POB 5366
Saginaw, MI 48603

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 2015

**Describe the property that secures the claim:**

2012 Jeep Cherokee 91000 miles
To be surrendered

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   Purchase Money Security

**Last 4 digits of account number** 3070

Column A: **Unknown**   Column B: **Unknown**   Column C: **Unknown**

| | |
| --- | --- |
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$0.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$0.00** |

### Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

16-20641-dob   Doc 66   Filed 12/26/18   Entered 12/26/18 13:15:14   Page 1 of 21

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

Devin Jazzmine-Santos Ortiz

Case No. 16-20641
Hon. Daniel S. Opperman
Chapter 13 Proceeding

Debtor(s).

_____/

## NOTICE OF ADDING AN OMITTED CREDITOR LATER THAN 14 DAYS BEFORE THE§ 341 MEETING

PLEASE TAKE NOTICE that the Debtors have filed the attached Amended Cover Sheet for Amendments, Amended Schedule F and First Amended Creditor Matrix adding omitted creditors later than 14 days before the section 341 meeting.

PLEASE TAKE FURTHER NOTICE that pursuant to L.B.R. 1009-1 (E.D.M.) that;

(1) If an amendment adding a creditor is made later than 14 days before the Code section 341 meeting of creditors, then:

(A) Any time fixed for the filing of complaints under Code§ 523 or Code§ 727, pursuant to F.R.Bankr.P.4007 and 4004 respectively, or to object to the debtor's claim of exemptions, pursuant to F.R.Bankr.P.4003(b), shall automatically be extended to allow such creditor the same number of days in which to file such a complaint or objection as the creditor would have had if the creditor had been properly scheduled at the outset of the case; and

(B) Unless the Court orders otherwise, the creditor added by the amendment shall be entitled to examine the debtor under oath with any reasonable expense to be borne by the debtor.

(2)  Adding a creditor's name to a schedule does not necessarily affect whether the debt owed to the

creditor was, is, or will be discharged in the present case. A determination from this Court regarding the

dischargeability of the debt of an added creditor shall be sought in an adversary proceeding under Code

523(a)(3).

Dated: December 26, 2018                    /s/ Michael J. Shovan
                                            Michael J. Shovan
                                            Attorney for Debtors
                                            6620 Weiss Street
                                            Saginaw MI 48603
                                            (989) 847-6030
                                            ecf@bk-doctor.com
                                            P43362

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

**Case Name:** Devin Jazzmine-Santos Ortiz     **Case No.:** 16-20641

## DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

☐ **Amendment to Petition:**
    ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
    ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
☐ **Statement of Financial Affairs**
☑ **Schedules and List of Creditors:**
    ☐ Schedule A/B
    ☐ Schedule C    ☐ Debtor 2 Schedule C
    ☐ List of Creditors ☐ Schedule D ☑ Schedule E/F and
        ☑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31.00 Fee Required**, or
        ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
    ☐ Schedule G
    ☐ Schedule H
    ☐ Schedule I
    ☐ Schedule J
    ☐ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):**
    Amended Schedules E & F to add additional creditors

| ➡ | **DECLARATION OF ATTORNEY: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached.** |
|---|---|
| **Date**<br>12/17/2018 | **Signature**<br>/s/ Michael J Shovan |
| ➡ | **AFFIRMATION OF DEBTOR(S): I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief.** |
| **Date**<br>12/17/2018 | **Signature**<br>/s/ Devin Jazzmine-Santos Ortiz |

1

# CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

**PLEASE CHANGE TO:**
-NONE-

---

# ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:** Cottonwood Financial dba Cash Store

**ADDRESS:** 1901 Gateway Drive, Ste 200

Irving TX 75038

**NAME OF CREDITOR:** Direct TV

**ADDRESS:** POB 5007

Carol Stream IL 60197-5007

**NAME OF CREDITOR:** ERC

**ADDRESS:** POB 57610

Jacksonville FL 32241

**NAME OF CREDITOR:** Instant Cash Advance Corp

**ADDRESS:** 510-A 28th St SE

Wyoming MI 49548

**NAME OF CREDITOR:** Rent A Center

**ADDRESS:** Legal Department
5501 Headquarters Drive
Plano TX 75024-5837

**NAME OF CREDITOR:** Rushmore Service Center

**ADDRESS:** POB 5508

Sioux Falls 57117

2

| **NAME OF CREDITOR:** | **First Premier Bank** |
| | **POB 5524** |
| **ADDRESS:** | |
| | **Sioux Falls SD 57117** |

| **NAME OF CREDITOR:** | **State of Michigan** |
| | **Office of Collections** |
| **ADDRESS:** | **POB 30149** |
| | **Lansing MI 48909** |

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

3

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Devin Jazzmine-Santos Ortiz** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number | **16-20641** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1**   **State of Michigan**
Priority Creditor's Name
**Office of Collections**
**POB 30149**
**Lansing, MI 48909**
Number Street City State Zip Code

Last 4 digits of account number   **3070**     **$283.00**     **$283.00**     **$0.00**

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Income Taxes**

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

16-20641-dob    Doc 66    Filed 12/26/18    Entered 12/26/18 13:15:14    Page 7 of 21

| 4.1 | **Aaron Sales & Lease Own** | Last 4 digits of account number | **3070** | **$1,086.00** |

Nonpriority Creditor's Name
**1015 Cobb Place Blvd Nw**
**Kennesaw, GA 30144**
Number Street City State Zip Code

When was the debt incurred?   **2010 - 2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unsecured**

**Is the claim subject to offset?**
■ No
□ Yes

| 4.2 | **Aaron Sales & Lease Own** | Last 4 digits of account number | **3070** | **$563.00** |

Nonpriority Creditor's Name
**1015 Cobb Place Blvd Nw**
**Kennesaw, GA 30144**
Number Street City State Zip Code

When was the debt incurred?   **2010 - 2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unsecured**

**Is the claim subject to offset?**
■ No
□ Yes

| 4.3 | **Americollect Inc** | Last 4 digits of account number | **3070** | **$72.00** |

Nonpriority Creditor's Name
**Po Box 1566**
**Manitowoc, WI 54221**
Number Street City State Zip Code

When was the debt incurred?   **2010 - 2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney**
**Lansing Ophthalmology PC**

**Is the claim subject to offset?**
■ No
□ Yes

16-20641-dob    Doc 66    Filed 12/26/18    Entered 12/26/18 13:15:14    Page 8 of 21

| 4.4 | **Cbm Collections** | Last 4 digits of account number | **3070** | Unknown |

Nonpriority Creditor's Name
**300 Rodd St Ste 202**
**Midland, MI 48640**

When was the debt incurred?  **2010 - 2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Notice**
**Collection Attorney**
**Wanigas Credit Union**

---

| 4.5 | **Charter Communications** | Last 4 digits of account number | **3070** | $405.00 |

Nonpriority Creditor's Name
**8413 Excelsior Drive**
**Madison, WI 53717-1970**

When was the debt incurred?  **2010 - 2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Services**

---

| 4.6 | **Check N Go** | Last 4 digits of account number | **3070** | Unknown |

Nonpriority Creditor's Name
**7755 Montgomery Road**
**Suite 400**
**Cincinnati, OH 45236**

When was the debt incurred?  **2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Notice - Unsecured**

16-20641-dob   Doc 66   Filed 12/26/18   Entered 12/26/18 13:15:14   Page 9 of 21

| 4.7 | **City of Saginaw** | Last 4 digits of account number    **3070** | **$50.00** |

Nonpriority Creditor's Name

**Processing Center**
**POB 2040**
**Tarrytown, NY 10591-9040**

When was the debt incurred?    **2010 - 2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

□ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify    **Unsecured**

---

| 4.8 | **City of Saginaw** | Last 4 digits of account number    **3070** | **Unknown** |

Nonpriority Creditor's Name

**Customer Accounting**
**1315 S. Washington Ave.**
**Saginaw, MI 48601**

When was the debt incurred?    **2010 - 2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

□ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify    **Notice - Unsecured**

---

| 4.9 | **City of Saginaw** | Last 4 digits of account number    **3070** | **$50.00** |

Nonpriority Creditor's Name

**Processing Center**
**POB 2040**
**Tarrytown, NY 10591-9040**

When was the debt incurred?    **2010 - 2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

□ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify    **Collection Attorney**

---

| 4.10 | **Clerk** | Last 4 digits of account number | **4GC5** | Unknown |

Nonpriority Creditor's Name

**Saginaw County District Court**
**111 S Michigan Ave**
**16-0294-GC-5**
**Saginaw, MI 48602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice to Stay Proceeding, Quash Subpoenas, Dismiss Warrants & Release Garnishments**

---

| 4.11 | **Consumers Energy** | Last 4 digits of account number | **8864** | $496.00 |

Nonpriority Creditor's Name

**P.O. Box 30090**
**Bankruptcy Office**
**Lansing, MI 48909-7590**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **2010 - 2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Services**

---

| 4.12 | **Consumers Energy** | Last 4 digits of account number | **8864** | Unknown |

Nonpriority Creditor's Name

**Lansing, MI 48909**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **2010 - 2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice - Service**

---

| 4.1 3 | **Cottonwood Financial** | Last 4 digits of account number | **3070** | **$705.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1901 Gateway Dr #200**
**Irving, TX 75038-2425**

Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unsecured**

---

| 4.1 4 | **Dawn Kaiser via fax 989-754-4805** | Last 4 digits of account number | **3070** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Hoyt Nursing & Rehab Centre**
**1202 Weiss**
**Saginaw, MI 48602**

Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice to Stay & Release Garnishments**

---

| 4.1 5 | **Direct TV** | Last 4 digits of account number | **3070** | **$291.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 6550**
**Greenfield Village, CO 80155-6550**

Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unsecured**

16-20641-dob   Doc 66   Filed 12/26/18   Entered 12/26/18 13:15:14   Page 12 of 21

| 4.1 6 | **ERC** | | | | $994.00 |

Nonpriority Creditor's Name
**POB 57610**
**Jacksonville, FL 32241**
Number Street City State Zip Code

**Last 4 digits of account number**    **3070**

**When was the debt incurred?**    **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney**
                    **Sprint**

---

| 4.1 7 | **First Premier Bank*** | | | | **Unknown** |

Nonpriority Creditor's Name
**POB 5524**
**Sioux Falls, SD 57117-5524**
Number Street City State Zip Code

**Last 4 digits of account number**    **4070**

**When was the debt incurred?**    **2010 - 2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notices purposes only**

---

| 4.1 8 | **Instant Cash Advance*** | | | | $555.00 |

Nonpriority Creditor's Name
**510-A 28th St SE**
**Grand Rapids, MI 49548**
Number Street City State Zip Code

**Last 4 digits of account number**    **3070**

**When was the debt incurred?**    **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unsecured**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 4.1 9 | **Integrated Recovery Services Inc.** | Last 4 digits of account number | **3070** | $535.00 |

Nonpriority Creditor's Name
**3840 E. Robinson Road #224**
**Buffalo, NY 14228**

When was the debt incurred?    **2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Atttorney**
**Check N Go SPDL**

---

| 4.2 0 | **Lansing Opthamology** | Last 4 digits of account number | **3070** | Unknown |

Nonpriority Creditor's Name
**2001 Coolidge Road**
**East Lansing, MI 48823**

When was the debt incurred?    **2010 - 2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice - Unsecured**

---

| 4.2 1 | **M & M Credit** | Last 4 digits of account number | **3070** | $340.00 |

Nonpriority Creditor's Name
**6324 Taylor Dr**
**Flint, MI 48507**

When was the debt incurred?    **2010 - 2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney**
**Team One Credit Union**

| 4.2 2 | **Rent A Center***<br>Nonpriority Creditor's Name<br>**ATTN: Customer Care**<br>**5501 Headquarters Drive**<br>**Plano, TX 75024**<br>Number Street City State Zip Code | Last 4 digits of account number   **3070**<br><br>When was the debt incurred?   **2018** | **$4,000.00** |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unsecured**

---

| 4.2 3 | **RPM Auto Sales**<br>Nonpriority Creditor's Name<br>**4301 Dixie Hwy**<br>**Saginaw, MI 48601**<br>Number Street City State Zip Code | Last 4 digits of account number   **3070**<br><br>When was the debt incurred?   **2010 - 2016** | **$995.00** |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unsecured**

---

| 4.2 4 | **Rushmore Service Center**<br>Nonpriority Creditor's Name<br>**POB 5508**<br>**Sioux Falls, SD 57117-5508**<br>Number Street City State Zip Code | Last 4 digits of account number   **3070**<br><br>When was the debt incurred?   **2018** | **$473.00** |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney**
**Premier Bankcard**

| 4.2 5 | **Snow & Sauer** | Last 4 digits of account number | **3070** | **$341.00** |

Nonpriority Creditor's Name
**203 E Berry St**
**Fort Wayne, IN 46802**
Number Street City State Zip Code

**When was the debt incurred?**    **2010 - 2016**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney**
**Womens Health Advantage**

---

| 4.2 6 | **Team One Credit Union** | Last 4 digits of account number | **3070** | **Unknown** |

Nonpriority Creditor's Name
**POB 1260**
**Saginaw, MI 48606**
Number Street City State Zip Code

**When was the debt incurred?**    **2010 - 2016**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice - Unsecured**

---

| 4.2 7 | **Third Party Withholding Unit** | Last 4 digits of account number | **3070** | **Unknown** |

Nonpriority Creditor's Name
**Michigan Department of Treasury**
**PO Box 30785**
**Lansing, MI 48909**
Number Street City State Zip Code

**When was the debt incurred?**    **2015 - 2016**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice to Stay Proceeding, Quash Subpoenas, Dismiss Warrants & Release Garnishments**

---

**4.2 8**

**TNT Financial Inc**
Nonpriority Creditor's Name
**POB 5767**
**Saginaw, MI 48603**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4GC5**       **$7,779.00**

When was the debt incurred?   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Judgment; Notice to Stay Proceeding, Quash Subpoenas, Dismiss Warrants & Release Garnishments**

---

**4.2 9**

**Tridentasset.com**
Nonpriority Creditor's Name
**53 Perimeter Ctr E Ste 4**
**Atlanta, GA 30346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3070**       **$46.00**

When was the debt incurred?   **2010 - 2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney**
**Dollar General**

---

**4.3 0**

**US Trustee**
Nonpriority Creditor's Name
**211 West Fort Street**
**Suite 700**
**Detroit, MI 48226**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3070**       **Unknown**

When was the debt incurred?   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 4.3 1 | **Wanigas Credit Union** | Last 4 digits of account number | **3070** | **Unknown** |

**Wanigas Credit Union**
Nonpriority Creditor's Name
**4026 Shattuck Rd**
**Saginaw, MI 48603**
Number Street City State ZIp Code

Last 4 digits of account number  **3070**

When was the debt incurred?  **2010 - 2016**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured**

**Unknown**

---

| 4.3 2 | **Womens Health Advantage** | Last 4 digits of account number | **3070** | **Unknown** |

**Womens Health Advantage**
Nonpriority Creditor's Name
**150 Growth Pkwy**
**Angola, IN 46703**
Number Street City State ZIp Code

Last 4 digits of account number  **3070**

When was the debt incurred?  **2010 - 2016**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice - Unsecured**

**Unknown**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ **283.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ **283.00** |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ **0.00** |

| | | | |
|---|---|---|---|
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 19,776.00 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 19,776.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

Devin Jazzmine-Santos Ortiz

Case No. 16-20641
Hon. Daniel S. Opperman
Chapter 13 Proceeding

      Debtor(s).

_____/

CERTIFICATE OF SERVICE

The undersigned served a copy of the NOTICE OF ADDING AN OMITTED CREDITOR LATER THAN

14 DAYS BEFORE THE§ 341 MEETING, COVER SHEET FOR AMENDMENTS, AMENDED SCHEDULE

E & AMENDED SCHEDULE  F on all parties set forth on the matrix electronically and by first class mail,

including the following parties:

Cottonwood Financial dba Cash Store
1901 Gateway Drive, Ste 200
Irving TX 75038

Rent A Center
Legal Department
5501 Headquarters Drive
Plano TX 75024-5837

Direct TV
POB 5007
Carol Stream IL 60197-5007

Rushmore Service Center
POB 5508
Sioux Falls 57117

ERC
POB 57610
Jacksonville FL 32241

First Premier Bank
POB 5524
Sioux Falls SD 57117

Instant Cash Advance Corp
510-A 28th St SE
Wyoming MI 49548

State of Michigan
Office of Collections
POB 30149
Lansing MI 48909

Dated: December 26, 2018

/s/ Michael J. Shovan
Michael J. Shovan
Attorney for Debtors
6620 Weiss Street
Saginaw MI 48603
(989) 847-6030
ecf@bk-doctor.com
P43362